

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
01/30/2020

IN RE:                           CASE NO. 18–34949
Roslyn Williams               CHAPTER 13

       Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*60* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

         Amount: $ 4,235.00
         Owed to: Roslyn Williams

Signed and Entered on Docket: 1/30/20.

                                           by: <u>Kristy Love</u>
                                                Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.